UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZELLDA MANN,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C06-5404-RJB<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

/ /
/

Page 1        ORDER- [C06-5404-RJB]

Recommended for Entry on this __13th__ day of __October__ 2006.

                                                  s/ *Karen L. Strombom*
                                                UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED this 16th day of October, 2006.

Robert J Bryan
United States District Judge

Presented by:

s/ JOHANNA VANDERLEE    WSB # 19178
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3858
FAX: (206) 615-2531
johanna.vanderlee@ssa.gov

Page 2      ORDER- [C06-5404-RJB]